# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TERRELL ANTONIO HARRELL**                                                     **PLAINTIFF**
**ADC #165868**

v.                          **CASE NO. 3:17-CV-00023 BSM**

**ALBERT WRIGHT, et al.**                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of March 2017.

_____
UNITED STATES DISTRICT JUDGE